**Order entered January 15, 2015**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00440-CR

**PATRICK JOEY LARGHER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 203rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F12-31429-P**

## ORDER

The Court **REINSTATES** the appeal.

On October 24, 2014, we ordered the trial court to make findings regarding why appellant's brief has not been filed. We have not received the findings. However, on January 13, 2015, we received a copy of the trial court's January 12, 2015 order appointing the Dallas County Public Defender's Office as counsel, together with a letter from Katherine Drew stating she is the attorney who will be handling the case.

Accordingly, we **DIRECT** the Clerk to substitute Katherine Drew as appellant's appointed attorney of record in place of Susan Anderson.

We **ORDER** appellant to file his brief by **MARCH 10, 2015**.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to Katherine Drew, Appellate-Chief, Dallas County Public Defender's Office, and to the Dallas County District Attorney's Office.

/s/      LANA MYERS
            JUSTICE